[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10894
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cv-00081-CAR

THOMAS J. DEMILIO,

Plaintiff-Appellant,

versus

CITIZENS HOME LOANS INC., et al.,

Defendants,

AURORA BANK FSB,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
agent of RALI 2007 QH9 Trust,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(November 13, 2013)

Before WILSON, HILL, and ANDERSON, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties set forth in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

AFFIRMED.